| | |
|---|---|
| Todd W. Baxter, # 152212 | (SPACE BELOW FOR FILING STAMP ONLY) |
| Scott M. Reddie, # 173756 | |
| McCormick, Barstow, Sheppard | |
| Wayte & Carruth LLP | |
| P.O. Box 28912 | |
| 5 River Park Place East | |
| Fresno, CA  93720-1501 | |
| Telephone:    (559) 433-1300 | |
| Facsimile:     (559) 433-2300 | |

Attorneys for Appellee,
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| In the Matter of | **Case No.  94-14422-A-7** |
| CHESTER S. and EMILIA T. GARBER, | **Chapter 7** |
| Debtors. | **Dist. Ct. Case No. 04 CV-06040-REC** |
| | **DC#  SMR-2** |
| CHESTER GARBER, EMILIA GARBER, BETTY TING, | |
| Appellants. | |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, A Pennsylvania corporation, | |
| Appellee. | |

**EX PARTE MOTION BY STIPULATION RE: BRIEFING SCHEDULE
AND ORDER APPROVING SAME**

Due to excessive work loads and scheduling conflicts, CHESTER S. and EMILIA T. GARBER, Appellants, and NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, Appellee, by and through their respective counsel, stipulate and hereby agree to modify the previous stipulation and order executed by the Court regarding the briefing schedule herein as follows:

03674/00321-814835.v1

EX PARTE MOTION BY STIPULATION RE: BRIEFING SCHEDULE AND ORDER APPROVING SAME

PDF created with pdfFactory trial version www.pdffactory.com

1.  Presently, the Appellee's brief from NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, is due to be filed on April 25, 2005 and the Reply brief of Appellants' CHESTER S. and EMILIA T. GARBER is due to be filed ten (10) days after the filing of the Appellee's brief.

2.  Appellee, NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, Appellee, will have up to and including May 4, 2005 within which to file it's Appellee's Brief.

3.  Appellants, CHESTER S. and EMILIA T. GARBER, will have up to and including May 20, 2005 within which to file their Reply Brief.

WHEREFORE, the parties hereto have stipulated and move the Court for an order in accordance therewith.

Dated: April 19, 2005

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP

By: /s/Todd W. Baxter
Todd W. Baxter
Scott M. Reddie
Attorneys for Appellee,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

Dated: April 19, 2005

LANG, RICHERT & PATCH

By: /s/Michael T. Hertz
Michael T. Hertz
Attorneys for Appellants,
CHESTER GARBER, EMILIA GARBER,
BETTY TING

**ORDER**

IT IS SO ORDERED.

Dated: __April 20, 2005_____    __/s/ ROBERT E. COYLE_____
Robert E. Coyle, Judge
United States District Court, Eastern District

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

03674/00321-814835.v1                         2

EX PARTE MOTION BY STIPULATION RE: BRIEFING SCHEDULE AND ORDER APPROVING SAME

PDF created with pdfFactory trial version www.pdffactory.com

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On April 19, 2005, I served the within documents:

1. EX PARTE MOTION BY STIPULATION RE: BRIEFING SCHEDULE AND ORDER APPROVING SAME

- ☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to Michael Hertz at the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the address(es) set forth below.

- ☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

- ☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

| | |
|---|---|
| Michael T. Hertz, Esq.<br>Lang, Richert & Patch<br>5200 N. Palm, Suite 401<br>Fresno, CA  93704<br>Telephone:  (559) 228-6700<br>Facsimile:  (559) 228-6727 | U.S. Trustee<br>Office of the U.S. Trustee<br>1130 "O" Street, Room 1110<br>Fresno, CA  93721 |
| James Salven<br>Chapter 7 Trustee<br>P. O. Box 3346<br>Pinedale, CA  93650 | Robert Hawkins<br>Attorney for Chapter 7 Trustee<br>1849 N. Helm, Suite 110<br>Fresno, CA  93727 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 19, 2005, at Fresno, California.

/s/Della Johnson
Della Johnson

02435/00002-813203.v1
03674/00321-814835.v1

3

EX PARTE MOTION BY STIPULATION RE: BRIEFING SCHEDULE AND ORDER APPROVING SAME

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East

PDF created with pdfFactory trial version www.pdffactory.com